UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

TALLEYUP L.L.C. (MA)
LE MARR S. TALLEY
JOHN E. TURGEON
CHAEDYN N. MUNN

    V.

TALLY UP L.L.C. (CA), TY LEAH B. HAMPTON
RAYMOND CHANCE BROWN, TABITHA B. THOMAS BROWN
INVESTORS, PROMOTERS, MARKETERS, DISTRIBUTORS, ETC.,
ASHLEY L. SILVER, ESQ.

## "PLAINTIFFS COMPLAINT"

    NOW COMES THE PLAINTIFFS TALLEYUP L.L.C., LE MARR TALLEY. JOHN E. TURGEON, CHAEDYN MUNN, WITH THIS COMPLAINT IN CIVIL ACTION AGAINST THE ABOVE DEFENDANTS IN SAID CIVIL ACTION. ALL DEFENDANTS HAVE BROKEN VAIL OF CONSTITUTIONAL RIGHTS PROTECTED TO THE PLAINTIFFS, BY RIGHT OF ESTABLISHED TRADEMARK LOGO TALLEYUP, IN WHICH WAS INFRINGED UPON BY THE ABOVE SAID DEFENDANTS. DEFENDANTS ACTIONS ARE IN VIOLATION OF THE LANHAM ACT OF 1946, (15 U.S.C. s. 1051 et, seq.), TRADEMARK ACT OF 1984, (18 U.S.C. s. 2320), TRADEMARK COUNTERFEITING ACT OF 1984, PUB. L. NO. 98-473, Tit., s 1502(a), 98 Stat. 2178 (1984), ANTICOUNTERFFEITING CONSUMER PROTECTION ACT OF 1996, PUB L. NO. 104-153, 110 Stat. 1386 (1996), DEFAMATION, ( COMMONWEALTH OF MASSACHUSETTS AND CALIFORINIA STATE LAWS APPLICABLE IN RELATION TO THE VIOLATION OF STATED UNITED STATES OF AMERICA FEDERAL LAWS AND GUIDELINES TO WIT;
NOW COMES THE FOLLOWING COMLAINT OF TALLEYUP L.L.C., LE MARR S. TALLEY, JOHN E. TURGEON, AND CHAEDYN MUNN. TALLEYUP L.L.C. (MA) IS AN INCORPORATED BUSINESS IN THE COMMONWEALTH OF MASSCHUSETTS, BUSINESS REGISTERED ON MAY 7, 2020, (#001437031), (EXHIBIT, #1, BUSINESS CERTIFICATES AND CERTIFICATIONS). LE MARR S. TALLEY IS PRINCIPAL OWNER @ 82% SHAREHOLDER, JOHN E. TURGEON, C.P.A., @ 12% SHAREHOLDER, CHAEDYN N. MUNN @ 2% (TALLEYS NEPHEW), (EXHIBIT, #2, FINANCIAL STUCTURE 2020).

    DUE TO COVID-19 MR. TALLEY ON DECEMBER 27, 2021, PHONE COMMUNICATIONS WITH PEDRO OBREGON, AN POTENTIAL INVESTOR OF $50,000 AND TALLEYS MENTOR. IN RELATION TO BUSINIESS, IN CONVERSATION MR. TALLEY ASSURED MR. OBERGON THAT HE HAD A VALID WEB DOMAIN ADDRESS WWW.TALLEYUP.ONLINE, THROUGH WEB.COM, (EXHIBIT #3, WEB.COM DOMAIN PURCHASE RECIEPTS, DECEMBER 15, 2020 & DECEMBER 15, 2021). MR. OBREGON USING GOOGLE SEARCH ENGINE WAS DIRECTED TO WWW.SHOPTALLYUP.COM.

    WWW.SHOPTALLYUP.COM IS A WEB DOMAIN ADDRESS REGISTERED TO TUCOWS, INC. 96 MOWAT AVE., TORONTO, ON, M6K 3M1, CANADA. THIS DOMAIN WAS CREATED APRIL 12, 2020 AND UPDATED SEPTEMBER 30, 2021. (EXHIBIT #4, WWW.SHOPTALLYUP.COM DOMAIN AGE AND REGESTRATION).

DUE TO THIS DISCOVERY MR. OBERGON RESPECTFULLY DECLINED TO DO BUSINESS WITH MR. TALLEY, OR TALLEYUP L.L.C.

WWW.SHOPTALLYUP.COM IS DOMAIN ADDRESS FOR BUSINESS WEBSITE TALLY UP L.L.C. (CA), (#202028311090), AND REGISTERED TO TY LEAH B. HAMPTON (EXHIBIT #5, TALLYUP L.L.C. (CA), BUSINESS REGISRTATION).

MR. TALLEY AND MR. OBERGON NOTICED THAT SEVERAL VIOLATIONS OF LAW WERE BEING CONDUCTED.

1. SIMILARITIES, LOGOS OF SAME PRONUNCIATON, TALLEYUP LOGO ARROW in main LOGO and also ARROW in icon symbol to signify TALLEYUP LOGO, APPEARNCE AS TO SHADED COLOR CONTRAST in LOGOS, CONNOTATION, and COMMERCIAL IMPRESSION. (EXHIBIT #6, TALLEYUP (MA) AND TALLY UP (CA) LOGO COMPARISONS, CLOTHING PATTERNS AND YOGA SETS.

2. OWNER OF THE TRADEMARK, LE MARR S. TALLEY IS REGISTERED, ON JUNE 15, 2021 (#6,391,149), BY THE UNITED STATES PATENT AND TRADEMARK OFFICE, FILED ON JULY 7, 2020, FIRST IN USE JULY 4, 2020, IN COMMERCE JULY 4, 2020. (EXHIBIT #7, USPTO REGISTRATION & ORIGINAL DRAWING OCTOBER 26, 2018).

3. FALSE ASSOCIATION, MR. TALLEY DOES NOT KNOW OR HAS ANY RELATIONS TO MS. HAMPTON, MISRESPRESENTED OUTLAY OF BUSINESS PLANING AND OVERALL BASE OF SUBSTANCE TO THE SAME CONSUMERS BASED MARKET. (EXHIBIT #8, TALLEYUP L.L.C. (MA) BUSINESS PLAN JUNE 2020).

4. LIKELYHOOD OF CONFUSION, AS STATED ABOVE, MR. TALLEY AND MR. OBERGON, JUST BY CONFUSION OF WEB ADDRESS, BUSINESS RELATIONS FELL THROUGH BECAUSE OF THIS CONFUSION OF SIMILARTIES, MORE THAN LIKELY CONSUMER BASE OF TALLEYUP L.L.C. (MA) IS AND WILL BE GREATLY AFFECTED.

5. LIKELYHOOD OF EXPANSION, TALLEYUP L.L.C. (MA) BUSINESS PLAN, (EXHIBIT #8) SPECIFICALLY EXPLAINS "TARGET MARKETS" DUE TO COVID-19 MORE OF A FOLLOWING TOWARDS INTERNET BASED SALES. TALLEYUP L.L.C. CONSUMER BASE FOR INTERNET BASED MARKET IS DILUTED AND BECAUSE OF CONFUSION WILL BE HARDER TO GAIN NATIONAL SALES.

6. CONFUSION OF THE MARKET, TALLEYUP L.L.C. (MA) HAS VARIOUS ITEMS OF CLOTHING AND ASSESSORIES. TALLY UP L.L.C. (CA) ONLY SELLS WOMENS YOGA SETS. DILUTING THE MARKET ON ONE GENERE OF CONSUMERS SALES SPECIFICALLY GEARED TOWARD WOMEN WHICH IS A LARGE CONSUMER BASE. (EXHIBIT #9, TALLEYUP MERCHANDISE)

7. STRENGTH OF THE TRADEMARK, TALLEYUP L.L.C. LOGO CAN BE CONSIDERED AN ARBITARY MARK, "THESE ARE WORDS THAT ARE COMMONLY USED, BUT WHEN USED TO IDENTIFY AND DISTINGUISH PRODUCTS OR SERVICES, DO NOT DESCRIBE OR SUGGEST ANY QUALITY OR CHARACTERISTIC OF THE PRODUCT OR SERVICE TO WHICH THEY ARE ATTATCHED. THEY ARE OFTEN WORDS USED IN AN UNCOMMON WAY. FOR EXAMPLE, "APPLE" WHEN USED TO DESRIBE PERSONAL COMPUTERS IS ARBITARY". (JUSTIA, LAW,2022).

8. PROXIMITY, TALLEYUP L.L.C. (MA) IS AN EAST COAST CLOTHING BRAND SPEARHEADED FOR THE INTERNET MARKET BASE, WHICH HAS BEEN SATURATED AND DILUTED DUE TO TALLY UP L.L.C. (CA), MARKETING, PROMOTION, DISTUBUTION, AND SALES ONLINE.

9. DEFAMATION, FALSE IDENTITY OF AUTHENTICY OF WORK, DESIGN, AND SCALE OF CUSTOMER CONSUMER BASE TO BE SPENT BY CUSTOMERS ON MERCHANDISE. TALLEYUP L.L.C. LOSING STOCK IN BRAND.

10. DILUTION, OF TALLEYUP L.L.C. (MA) BY TALLY UP L.L.C. (CA) IN NO IMAGINABLE LIKENESS OF PROMOTION (MODELS), INTELLECTUAL WEBPAGE DESIGN, CLOTHING (LOW QUALITY & UNBRANDED).

MR. TALLEY AWARE OF SITUATION MAKES YOUTUBE VIDEO EXPLAINING THE HURT AND FUSTRATION ABOUT THE TRADEMARK INFRINGEMENT BY THE BROWN FAMILY. (EXHIBIT 10, YOUTUBE "LE MARR TALLEY", "TRADEMARK INFRINGMENT BY FAMOUS PEOPLE TY LEAH B. HAMPTON AND TABITHA BROWN", DECEMBER 28, 2021). IN THESE

VARIOUS VIDEOS MR. TALLEY IS SEEN UPSET BUT IS STILL WILLING TO MAKE AMICABLE RESOULTION WITH THE BROWN FAMILY. MR. TALLEY ASK TH BROWN FAMILY FOR MORAL CIVILTY.

MR. TALLEY SENDS YOUTUBE VIDEO BY FACEBOOK MESSENGER (EXHIBIT #10) TO MS. HAMPTON ON DECEMBER 28, 2021 @ 12:38 PM.

MR. TALLEY IS RESPONDED TO BY PHONE CALL FROM MS. HAMPTON AND A BRIEF AND ARGUMENTATIVE EXCHANGE OCCURED RESULTING IN MR. TALLEY HANGING UP THE PHONE. (EXHIBIT #11, TALLEY AND HAMPTON COMMUNICATIONS, FACEBOOK MESSENGER, DECEMBER 28. 2021). IN THESE COMMUNICATIONS MR. TALLEY ASK MS. HAMPTON TO CEASE AND DESIST, IN WHICH SHE STATES, "TAKE ME TO COURT," YOU WILL NOT WIN", "GOD AS MY WITNESS NO ONE STOLE FROM YOU".

DEFAMATION, CAUSED BY BROWN FAMILY AND FRIENDS TO MR. TALLEY, VARIOUS PERSONS THRU FACEBOOK (TESHLYN TESH SMITH, DEC. 30, 2021) AND FACEBOOK MESSENGER, (T KIAJAY JACKSON, DEC. 29, 2021) (EXHIBIT #12, BROWN FAMILY AND FRIEND COMMUNICATIONS TO TALLEY).

DUE TO SOCIAL MEDIA PLATFORM THAT THE BROWN FAMILY STANDS ON "CIVIL MORALITY". MR. TALLEY CHOSE THE SAME MEDIA PLATFORM AND RECORDED VARIOUS YOUTUBE VIDEOS DATING FROM DECEMBER 28, 2021 TO JANUARY 16, 2022. (EXHIBIT #10). ON THESE VIDEOS MR. TALLEY ASK CONTINUALLY FOR AN APOLOGY FROM THE BROWN FAMILY, AMICABLE RESOLUTION AS TO THE BROWN FAMILY FAULT, TO STOP CONTINUAL USE, MARKETING, PROMOTION, DISTRIBUTION, AND SALES, IN ASSOCIATION WITH TALLEYUP L.L.C. TRADEMARK LOGO(S).

THE BROWN FAMILY GAVE NO RESPONSE AS TO PERSONAL APOLOGY ON "MORAL CIVILTY", AND ALSO AMICABLE RESOLUTION.

MR. TALLEY SENT FORMAL CEASE AND DESIST LETTER ON JANUARY 10, 2022 BY SIGNATURE MAIL TO LISTED ADDRESS OF BUSINESS AND REGISTERED AGENT OF TALLY UP L.L.C. (CA), TY LEAH B. HAMPTON, RECIEVED AND SIGNED FOR ON JANUARY 16, 2022. (EXHIBIT #13, CEASE AND DESIST LETTER AND MAIL CERTIFICATIONS USPO).

MR. TALLEY ALSO SENT EMAIL TO RAYMOND CHANCE BROWN @ EMAIL ADDRESS CHOYCE1@HOTMAIL.COM. NO RETURN RESPONSE WAS GIVEN. (EXHIBIT, #14, CEASE AND DESIST LETTER JANUARY 12, 2022).

MR. TALLEY WAS REACHED BY ASHLEY L. SILVER, ESQ. OF BREHEEN, FELDMAN, BREIMER, SILVER, & THOMPSON, LLP. ON JANAURY 12, 2022, IN RESPRESENTATION OF THE BROWN FAMILY. ATTORNEY SILVER, UPON APPROACH OF RESOULTION SUGGEST THAT MR. TALLEY REMOVE VIDEOS FROM YOUTUBE IN EXCHANGE FOR THE BROWN FAMILY TO STOP TRADEMARK INFRINGEMENT. ATTORNEY SILVER ALSO MADE MR. TALLEY WELL AWARE THAT SHE HERSELF HAD INDEED CALLED THE USPTO TO VERIFY THAT MR. TALLEY WAS OWNER OF THE MARK. (EXHIBIT #15, SILVERS RESPONSE LETTER). MR. TALLEY EXPALINS HE HAS REACHED OUT PASS THE POINT OF RESOLUTION WITHOUT MONETARY AWARD FOR THE BROWN FAMILY ACTIONS OF NONCOMPLIANCE.

ATTORNEY SILVER IN RESPONSE LETTER, ALSO STATES SHE NOW ONLY RESPRESENTS TY LEAH B. HAMPTON, AND ASSURES MR. TALLEY THAT THE BROWN FAMILY WILL NO LONGER USE THE TALLEYUP MARK. (EXHIBIT 15, SILVERS RESPONSE).

ATTORNEY SILVER CONDUCT WAS NOT IN ACCORDANCE WITH CALIFORNIA CODE OF CONDUCT OF LAW, AND CALIFORNIA STATE ETHICS. BEING AWARE OF OWNER OF THE MARK, SHE SHOULD HAVE HAD ADVISED THE BROWN FAMILY OF VIOLATION OF CIVIL AND CRIMINAL LAW ON A FEDERAL LEVEL, BEFORE APPROACH, ALSO ATTORNEY SILVER DEFAMATES MR. TALLEY BY CALLING HIM A LIAR AND WOULD NOT APOLOGIZE AFTER OTHER WEBSITES CLEARLY WERE STILL DISPLAYING TALLY UP AND LOGO(s).

MR. TALLEY STILL RESEACHING, FINDS TALLY UP L.L.C. (CA) WEBSITE ADDRESS TO BE REACHED ON WEB, WITH SAME TRADEMARKED LOGO(S) ATTATCHED, ALSO STILL PROMOTING, MARKETING, DISTRIBUTING, SELLING MERCHANDISE ON THESE VARIOUS WEB BASED PLATFORMS. (EXHIBIT #16, WEBSITE BASED PLATFORMS WITH TALLY UP L.L.C., PROMOTION, AND MARKETING).

MR. TALLEY CONTACTS ATTORNEY SILVER BY EMAIL @ ASILVER@BFBST.COM, WITH REDEMPTIVE RESOLUTION IN RELATION TO FAILED APPROACH TO RESOLUTION ON HER PART, IN LIGHT OF CONTINUAL USE OF MARK BY TALLY UP L.L.C. (CA), ATTORNEY SILVER WAS NOTIFIED BY MR. TALLEY THAT SAID TRADEMARK WAS IN USE ON VARIOUS WEBSITE BASED PLATFORMS. (EXHIBIT #17, EMAIL CORRESPONDANCE SILVER AND TALLEY, JANUARY 16, 2022).

MR. TALLEY WAS CALLED A LIAR BY ATTORNEY SILVER AND THREATENED WITH DEFAMATION FOR #4. OF REDEMPTIVE RESOLUTION, "SOLICITING, MARKETING, PROMOTION, ADVERTISEMENT OF SALES, ONGOING ON OTHER INTERNET PLATFORMS, AS I WRITE THIS EMAIL, $150,000", IN SHOWING OF CONTRAST OF AWARDANCE BY COURT VERSUS RESOLUTION. (EXHIBIT #17).

MR. TALLEY SENT IMAGES AND PICTURES TO ATTORNEY SILVERS EMAIL, SHOWING VARIOUS WEB BASED PLATFORMS OF USE OF MARK BY TALLY UP L.L.C. (CA). (EXHIBIT #18, EMAIL SENT TO SILVER, JANUARY 16, 2022, REF. EXHIBIT #17).

ATTORNEY SILVER EMAILS MR. TALLEY IN RELATION TO THE MATTER ASK THAT SHE NOT BE CONTACTED, SHE NO LONGER REPRESENTS THE BROWN FAMILY AND TO CONTACT TY LEAH B. HAMPTON DIRECTLY IN FUTURE. (EXHIBIT #19, SILVERS EMAIL, JANUARY 16, 2022).

MR. TALLEY STILL RESEARCHING FINDS TALLY UP L.L.C. (CA) INSTAGRAM WEBPAGE STILL ACTIVE WITH MARK IN QUESTION REMOVED, BUT TALLYUP_, PLAIN AS TO MOCK MR. TALLEY AND TALLEYUP L.L.C. (MA). (EXHIBIT #20, TALLY UP (CA), INSTAGRAM JANUARY 18, 2022).

RAYMOND CHANCE BROWN, SOCIAL AND MEDIA INFLUENCER, (YOUTUBE, INSTAGRAM, TIK TOK, FACEBOOK, SABRA, McCORMICK), RAYMOND CHANCE BROWN, L.L.C. (#0003242114-0001-3, DECEMBER 16, 2021) AND COMPANY ARE LOCATED @ 20448 ECCLES STREET, WINNETKA, CA, 91306, EVERY DAY EVERY NIGHT (#C4702426, FEBRUARY 18, 2021), @ 1581 VENTURA BLVD., SUITE 270 ENCINO, CA, 91436, MMXVIII HOLDINGS, INC., (CA), (#2260405, AUGUST 31, 2021), 20251 SW ACACIA ST. STE. 120. NEWPORT BEACH CALIFORNIA, 92660, FREEDOM CLASS L.L.C. (N.C.) (#0868575, DISSOLVED SEPTEMBER 26, 2006), CJ HOLDINGS CO., TEXAS SOUTHERN BANKRUPTCY COURT, (CASE. NO. 4:16-BK-33590, FILED JULY 20, 2016, TALLY UP L.L.C. (#0801649935, DISSOLUTION DATE FEBRUARY 21, 2014), @ 801 FM 1708, WEATHERFORD, TX, 76087. (EXHIBIT #21, BUSINESS RECORDS OF RAYMOND CHANCE BROWN). MR. BROWN IS TY LEAH B. HAMPTON FATHER AND STRONG POSSIBLITY AS PRINCIPAL/STRAW INVESTOR AS MAIN EMPLOYMENT AS AN INFLUENCER TO HELP SET UP TALLY UP L.L.C. (CA), AND MARKETING, PROMOTION, DISTRUBUTION, SOLICIT, AND SELL MERCHANDISE TO PURPOSEFUL, INTENTIONAL USE OF TRADEMARK TO SELL GOOD AND SERVICES EXCLUSIVELY RESEVERD BY LE MARR S. TALLEY, TALLEYUP L.L.C. (MA), BY WAY OF PREVOUS EMPLOYMENT AS LOS ANGELES POLICE DEPARTMENT, AND ALSO CASH SETTLEMENT FROM WIFE SOCIAL AND MEDIA INFLUENCER TABITHA BONITA THOMAS BROWN TO RETIRE FROM THE LOS ANGELES POLICE DEPARTMENT DUE TO CIVIL ACTION FILED ON THE BEHALF OF RAYMOND CHANCE BROWN. VARIOUS WEBSITE PLATFORMS ACCOMPANIED BY TY LEAH B. HAMPTON. (EXHIBIT #22, YOUTUBE "TABITHA BROWN", "A 15 YEAR DREAM HAS FINALLY COME TRUE!!! IM RETIRING MY HUSBAND, JUNE 26, 2021 & "CHANCE BROWN/TY LEAH B. HAMPTON" VARIOUS VIDEOS).

TABITHA BONITA THOMAS BROWN, ACTRESS, SOCIAL AND MEDIA INFLUENCER, (YOUTUBE, INSTAGRAM, TIK TOK, FACEBOOK, SABRA, McCORMICK), LOCATED @ 20448 ECCLES STREET, WINNETKA, CA, 91306 KALE MY NAME LA L.L.C., (#202120910142, JULY 22, 2021), @ 1880 CENTURY PARK EAST., SUITE 1600, LOS ANGELES, CA, 90067, KALE MY NAME L.L.C., (#08722463, MAY 27, 2020), @ 3300 W MONTROSE AVE, CHICAGO, IL, 60618, (EXHIBIT #23, BUSINESS RECORDS TABITHA BONITA THOMAS BROWN). MRS. BROWN IS TY LEAH B. HAMPTON STEPMOTHER AND WIVE OF RAYMOND CHANCE BROWN. MRS. BROWN IS ALSO A STRONG POSSIBLITY AS A PRINCIPAL/STRAW INVESTOR AS MAIN EMPLOYMENT AS AN INFLUENCER TO HELP SET UP TALLY UP L.L.C. (CA) AND MARKETING, PROMOTION, DISTRUBUTION, SOLICIT, AND SELL MERCHANDISE TO PURPOSEFUL, INTENTIONAL USE OF TRADEMARK TO SELL GOODS AND SERVICES EXCLUSIVELY RESERVED BY LE MARR S. TALLEY, TALLEYUP L.L.C. (MA), BY HISTORY OF ATTENDANCE @ INTERNATIONAL SCHOOL OF ARTS AND DESIGN (MIAMI), VENTURES WITH VARIOUS CLOTHING MANUFACTUERS, MAJOR SOCIAL AND MEDIA INFLUENCER WITH OVER 7 MILLION FOLLOWERS ON VARIOUS WEBSITE PLATFORMS. VARIOUS WEBSITE

PLATFORMS ACCOMPANIED BY TY LEAH B. HAMPTON. (EXHIBIT #24, "YOUTUBE" "TABITHA BROWN AND TY LEAH B. HAMPTON").

TY LEAH B. HAMPTON, SOCIAL AND MEDIA INFLUENCER, (YOUTUBE, INSTAGRAM, TIK TOK, FACEBOOK), REGISTERED OWNER, PRINCIPAL OWNER OF TALLY UP L.L.C. (CA), MAILING ADDRESS, LOCATED @ P.O. BOX 1281, AZUSA, CA, 91702, TY LEAH B. HAMPTON IS THE DAUGHTER OF CHANCE BROWN AND STEP DAUGHTER TO TABITHA BROWN. TY LEAH B. HAMPTON ALONG WITH SAID DEFENDANTS, USED IN COMMERCE, TALLEY UP L.L.C. LOGO(S) MARK WHICH IS EXCLUSIVLEY TRADEMARKED TO LE MARR S. TALLEY, AND TALLEYUP LLC. (MA). MS. HAMPTON INFLUENCE ON SALES OF NOTARIATY, PURPOSEFULLY, INTENTIONALLY USED AND INFRINGED UPON TALLEYUP TRADEMARKED LOGO, TO MARKET, SOLICIT, PROMOTE, DISTRIBUTE, SELL MERCHANDISE, GOODS AND SERVICES UNDER SILENT PROMOTION ON SOCIAL MEDIA PLATFORMS WHERE DEFENDANTS NEVER SAY NAME OF BUSINESS NAME TALLY UP (L.L.C.) TO PROMOTE COUNTERFIET BRAND, TO REGIONALLY (WEST COAST) GAIN SALES AND CUSTOMER BASE TO DESTROY TALLEYUP L.L.C. BEFORE IT COULD COME TO FRUITION BY INTERNET BASED SALES. PURCHASES AS GIFT OF A WHITE CHRYSLER 300C, WAS RECIEVED BY TY LEAH B. HAMPTON, BY MR. & MRS. BROWN, FOR HER SUCCUESS AT TRACK AND STARTING TALLY UP L.L.C. ON DECEMBER 25, 2020. (EXHIBIT #25, "YOUTUBE", "SHE HAD NO IDEA! BEST SURPRISE REACTION EVER!!", DECEMBER 26, 2020), AND ALSO MS. HAMPTON STATES "NOT TECHNICALLY MY BRAND", "IM JUST BUYING AND SELLING CLOTHES". (EXHIBIT #26, "YOUTUBE", "I LAUCNED MY FIRST BUSINESS", JANUARY 24, 2021).

PLAINTIFFS ARE SEEKING CIVIL ACTION IN PURSUANT TO LANHAM ACT, 15 U.S.C. s. 1051 et, seq. 1946, TRADEMARK ACT OF 1984, AMENED, AND ACTA TRADE AGREEMENT, (MAY 2011), (EXHIBIT #27, LANHAM ACT AND TRADEMARK ACT OF 1984 AMENDED), FOR DEFENDANTS KNOWINGLY AND INTENTIONAL WITH PURPOSEFUL USE OF A COUNTERFIET TRADEMARK AND TRADEMARK INFRINGEMENT BEFORE AND AFTER NOTICE, FOR COUNTERFIET GOODS AND SERVICES, VARIOUS CEASE AND DESIST ORDERS UNACKNOWLEGDED, UNAMICABLE RESOLUTION TO WIT, REDEMPTIVE RESOLUTION DENIAL, UNRESPONSIVE YOUTUBE VIDEO PLEADINGS ON MORAL CIVILITY BY MR. TALLEY. DEFAMATION OF CHARACTER, BUSINESS, EXPANSION, MARKETING, PROMOTION, SOLICTING, SALES, PROFITS, DILUTION OF TALLEYUP L.L.C. (MA), BUSINESS IDENTITY THEFT, TRADE SECRETS, INTELLECTUAL PROPERTY THEFT, TRADE DRESS, ILLEGAL CALIFORINIA STATE PROCEEDS TO WIT, WAIVERS, AGENCIES, INCENTIVES STATE AND FEDERAL, INVESTORS, RECORDS, BOOKKEEPING, VENUES, INVESTMENTS, TRUST, ESTATES, PURCHASES, ASSETS, MERCHANDISE, CONTRACTS VERBAL OR FORMAL INCLUDED BUT NOT LIMITED TO THE DEFENDANTS IN ASSOSCIATION WITH TALLY UP L.L.C. (CA).

PLAINTIFFS ALSO SEEKS PERMANENT INJUNCTION PURUANT TO 15 U.S. CODE s. 1116, (a), (c, (d)(1)(a)(b), – INJUNCTIVE RELIEF TO STOP USE OF MARK BY TALLY UP L.L.C. (CA) AND ALSO HUMBLEY REQUEST THAT EX PARTE MOTION, (15 U.S.C. s. 1116(d), (EXHIBIT #27), FOR SEIZURE OF TALLY UP L.L.C. (CA) OF APPLICABLE PROVISIONS THEREIN BE ACKOWLEDGE, FILED, AND EXECUTED TO DEFENDANTS AND ALL INVOLVED PARTIES IMMEDIATELY, TO STOP MALICIOUS MISCOUDUCT, AND TO BE ALLOWED "HONORED IN FAITH" OF PRESERVING TALLEYUP L.L.C. FROM FAILING. PLEADINGS UPON THIS "HONORABLE COURT", ON ALL ABOVE BE ACCEPTED AS PLEADING STATEMENTS OF FACT AND DUE TO AGGRIEVED STATE OF TALLEY UP L.L.C. AND PLAINTIFFS, TO WIT, AND THE CONTINUAL VIOLATIONS OF USE OF MARK BY TALLY UP L.L.C. EVEN UPON NOTICE FOR THEIR CIVIL AND CRIMINAL ACTS AS AN ILLEGAL ENTERPRISE TO REGIONALIZE BASE SALES, (WEST COAST) WITH SILENT PROMOTION, AND FASLE ADVERTISEMENT WITH NAMED INFLUENCERS, ON ABOVE SAID WEBSITE PLATFORMS, AND WWW.SHOPTALLYUP.COM WEBSITE TO PURPOSEFULLY AND WILLFULLY KNOWLEGDABLE, AND INTENTIONALLY TO DILUTE TALLEYUP L.L.C. (MA), BEFORE ANY INTERNET SALES COULD EVEN BE MADE, ALSO CONFUSION OF MARKET AND STATUS OF DEFENDANTS WOULD MORE THAN LIKELY SEEM TALLEYUP L.L.C. IS NOT THE REAL BRAND AND VALIDATED USER OF MARK. THIS HURTS LAUCHING OF INTERNET BASE SALES, AND ALSO CONSUMER BASE IN NEW ENGLAND AND NATIONWIDE. WILL HAREDR TO GAIN TRACTION AND PROVIDE TO TARGETED CONSUMER BASE.

PLAINTIFFS ARE DEEPLY AGGRIEVED BY THIS SITUATION, AS TO HENDERANCE OF BUSINESS AND FUTURE BUSINESS OPPERTUNITIES BY THE INFRINGEMENT OF LOGO IN WAS WAYS UNFATHOMABLE. TALLEYUP LOGO OF LE MARR S. TALLEY THE OWNER OF THE MARK NAME AND IN GOOD ENERGY AND SPIRIT CARRIES HIS FAMILY LAST NAME WHICH IS ALSO BEING TARNISHED. MR. TALLEY HAS MENTAL STRESS, ALREADY PROACTIVE WORKING ON CIVIL

LITIGATION ON OTHER CASES, TRYING TO KEEP BUSINESS ALFOAT DURING COVID-19, CHAEDYN N. MUNN @ 8 YEARS OF AGE FUTURE IS GREATLY AFFECTED, JOHN E. TURGOEN, C.P.A. HAS ALREADY INVESTED $10,000.00 AND BELIEVES HE MAY NOT RECOUP ON HIS INVESTMENT, MR. TURGEON IS TALLEYUP L.L.C. C.P.A.  MR. TALLEY HAS TWO MAJOR CIVIL ACTIONS AT HAND ALSO, TALLEY V. TYER, et, al. AND TALLEY V. MASSACHUSETTS EXECUTIVE LABOR AND WORKFORCE, AND IS ALREADY STRUGGLING FINANCIALLY. MR. TALLEY HAS ALREADY LOST $50,000 INVESTMENT ON THE CLEAR FACT OF CONSUMER CONFUSION, EVEN THOUGH MR. OBREGON WAS AN POTENTIAL INVESTOR. MR. TALLEY HAS BEEN WORKING AND WORKED TIRELESSLY TO CHANGE HIS LIFE AND IS PHYSICALLY AND MENTALLY DRAINED. THIS ALSO MR. TALLEYS LONGEST TIME UNSENTENCED SINCE 2004. TALLEYUP L.L.C. WILL FOREVER BE TARNISHED BY THE LITIGATION IN WHICH MY ALSO DILUTE THE MARK AND BRAND IN THE PRESENT AND FUTURE.

PLAINTIFFS RESPECTFULLY PRAYS THAT THIS "HONORABLE COURT" ALLOW JURY DEMAND ON PENALTIES AND AWARDANCE OF SAID ACTIONS ABOVE OF THE DEFENDANTS ON THE GROUNDS OF MORAL CIVILITY AN AWARD IN THE JUDGEMENT OF $7,000,000.00, IN PUNITIVE DAMAGES, (TREBLE DAMAGES) $2,000,000.00 IN COMPENSATORY DAMAGES, (TREBLE DAMAGES), AND $1,000,000.00 FOR PRO SE LITIGATION FEES AWARDED TO LE MARR TALLEY, FOR VIGOUROUS WORK AND ON THE PAY BASED SCALE OF AN AVERAGE TRADEMARK ATTORNEYS' FEES, AS DEEMED BY THE JURY., ALL PURSUANT 15 U.S.C .s. 1117(b). (treble damages included).

PLAINTIFF IS ALSO SEEKING PERMENANT INJUNCTION ON TALLY UP L.L.C. AND SAID OF USING TALLEYUP LOGO(s) MARK IN WHICH AGAIN IS EXCLUSIVELY AND RIGHTFULLY LE MARR TALLEY, IN LIGHT OF THE ABOVE SAID ACTIONS OF THE DEFENDANTS.

PLAINTIFF IS ALSO DEEPLY AFFECTED BY THE WILLFUL NEGLECT CIVIL ACTION AND CRIMINAL CHARGES, PLAINTIFF RESPECTFULLY PRAYS THAT EX PARTE MOTION AS TO SEIZURE PROVIDED THE PROVISIONS LISTED PURSUANT, 15 U.S.C. s. 1116(d). (EXHIBIT #27)

THE PLAINTIFFS, RESPECTFULLY PRAY THAT THIS COMPLAINT BE ENDORSED BY THIS "HONORABLE COURT".

JANUARY 21, 2022

RESPECTFULLY SUBMITTED

*[signature]*

LE MARR TALLEY

79 LINCOLN ST, APT. 1
PITTSFIELD, MA, 01201

On this ___ day of _____, 20___, before me, the undersigned notary public, _Le Marr Talley_ (name of document signer) personally appeared, proved to me through satisfactory evidence of identification, which were _US Passport_ , to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

_____
(Official Signature and seal of Notary Public)

TRISHA A. LAFLEUR
Notary Public
My Commission Expires
September 30, 2027